RECEIVED

AUG 1 8 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RAMON PANIAGUA | CRIMINAL NO. 02-60033<br>CIVIL ACTION NO. 07-1418 |
| VS. | JUDGE DOHERTY |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Paniagua's Motion to Modify Sentence Pursuant to 28 U.S.C. Sec. 2255 is **DENIED AND DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this ____ day of ___August___, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT