**RECEIVED**

JUN - 9 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | DOCKET NO. 02-CR-60033-01 |
|---|---|
| VERSUS | JUDGE DOHERTY |
| RAMON A. PANIAGUA | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, as well as the Objection filed, this Court concludes the Report and Recommendation of the Magistrate Judge is partially correct and ADOPTS IN PART the findings and conclusions as set forth therein, along with the additional reasons provided by this Court in the Memorandum Ruling dated June 9, 2010.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that Ramon's A. Paniagua's *pro se* Motion to Dismiss for Lack of Jurisdiction and Amended Motion to Dismiss [Docs. 278 & 280] is deemed a successive *habeas* corpus petition and is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit United pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, to the extent the petitioner is seeking *coram nobis* relief, such request for relief is DENIED, this Court concluding petitioner has not made the necessary showing of a "complete miscarriage of justice."

Signed at Lafayette, Louisiana, this 9 day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE