UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 02-cr-60033-01** |
| **VERSUS** | **JUDGE DOHERTY** |
| **RAMON A. PANIAGUA** | **MAGISTRATE JUDGE HANNA** |

## RULING ON MOTIONS

(Rec. Docs. 293, 294, 298)

Pending before the court are three motions filed by defendant, Ramon A. Paniagua.

Paniagua filed a motion for extension of time (Rec. Doc. 293), seeking an additional thirty days in which to respond and/or reply to the report and recommendations of the magistrate judge (Rec. Doc. 289), which was filed on May 18, 2010. Before Paniagua's motion for extension of time was filed, however, the district court judge issued a judgment (Rec. Doc. 292) dated June 9, 2010, adopting the magistrate judge's report and recommendation and transferring Paniagua's motions to dismiss to the United States Court of Appeals for the Fifth Circuit. Consequently, Paniagua's motion for extension of time (Rec. Doc. 293) is DENIED AS MOOT.

On June 14, 2010, Paniagua filed a motion (Rec. Doc. 294) to withdraw his pending motion to dismiss for lack of jurisdiction (Rec. Docs 278, amended by Rec. Doc. 280). On June 21, 2010, Paniagua filed a motion (Rec. Doc. 298) to disregard the motion to withdraw (Rec. Doc. 294), explaining that, when he filed the motion to withdraw, he was under the

mistaken understanding that he would be required to pay a filing fee. Because his current understanding is that no filing fee is required, the basis for his motion to withdraw no longer exists. Based on Paniagua's representations in the most recent motion, the motion to disregard (Rec. Doc. 298) is GRANTED, which renders the motion to withdraw (Rec. Doc. 294) moot. Therefore, the motion to withdraw (Rec. Doc. 294) is DENIED AS MOOT.

IT IS THERFORE ORDERED THAT the motion for extension of time (Rec. Doc. 293) is DENIED AS MOOT; the motion to withdraw (Rec. Doc. 294) is DENIED AS MOOT; and the motion to disregard (Rec. Doc. 298) is GRANTED.

Signed at Lafayette, Louisiana, this 28th day of June, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)