UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAMON A. PANIAGUA | CRIMINAL NO. 6:02-cv-60033 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

### ORDER

On June 27, 2011, Ramon A. Paniagua filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In order for this Court to determine what action, if any, shall be taken on the motion,

**THE CLERK OF COURT IS DIRECTED** to serve a copy of the motion and this order on the United States Attorney in accordance with 28 U.S.C. § 2255 and to serve the petitioner with a copy of this order only.

**IT IS ORDERED** that the United States Attorney shall file an answer within sixty days of receipt of a copy of the *habeas* petition. The answer shall be accompanied by a memorandum of legal argument and authorities, and any pertinent portions of the sentencing hearing transcript. The memorandum shall cite apposite Fifth Circuit case law where it is available. A copy of the answer shall be provided to Magistrate Judge Patrick J. Hanna and to Ramon A. Paniagua commensurate with filing.

**IT IS FURTHER ORDERED** that any reply memorandum that the petitioner desires to file shall be filed within fourteen days following the date that the answer is filed. A copy of the reply shall be provided to Magistrate Judge Patrick J. Hanna and to the United States Attorney commensurate with filing.

Lafayette, Louisiana, this 26th day of July 2011.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)