**RECEIVED**

DEC 2 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:02-CR-60033-01 |
| VERSUS | JUDGE DOHERTY |
| RAMON A. PANIAGUA | MAGISTRATE JUDGE HANNA |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the following reasons:

Signed at Lafayette, Louisiana, this 20th day of December, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE