RECEIVED

FEB 23 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-60033-01 |
| VERSUS | JUDGE DOHERTY |
| RAMON A. PANIAGUA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record and the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the "Motion under Rule Civil Procedure 60(b)(6) to Reopen Habeas Proceedings" [rec. doc. 346] is construed as a second or successive Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. § 2255 and is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS ORDERED** alternatively, that the "Motion under Rule Civil Procedure 60(b)(6) to Reopen Habeas Proceedings" [rec. doc. 346] is **DENIED** and **DISMISSED** on the merits.

Thus done and signed this 23rd day of February, 2017 at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE